

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
APR 22 2016
4-22-16 EAA
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Frederick Williams

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Chicago Police 11th district
Officer P.R. Strazzante CPD #8496
Officer A. Vivanco CPD #17269

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case (To
PC1

16cv4605
Judge Sharon Johnson Coleman
Magistrate Judge Mary M. Rowland

CHECK ONE ONLY:            **AMENDED COMPLAINT**

✓  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
   U.S. Code (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
   28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Reviewed: 8/2013

I. **Plaintiff(s):**

A. Name: Frederick Williams

B. List all aliases: Freddy Gage, Lil fred, Lil Boss

C. Prisoner identification number: 20140903308

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box 089002, Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: P.R. Strazzante Badge #8496
   Title: Police Officer
   Place of Employment: Chicago Police Department

B. Defendant: A. Vivanco Badge #17269
   Title: Police Officer
   Place of Employment: Chicago Police Department

C. Defendant: _____
   Title: _____
   Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Reviewed: 8/2013

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

  A. Name of case and docket number: N/A

  B. Approximate date of filing lawsuit: N/A

  C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

  D. List all defendants: N/A

  E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

  F. Name of judge to whom case was assigned: N/A

  G. Basic claim made: N/A

  H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

  I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Reviewed: 8/2013

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments** or cite any **cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Violation of my 4th Amendment right of illegal search and seizure. And my 14th Amendment due process of law and equal protection under the law.

On 9-2-2014, I Frederick Williams was driving and pulled over for allegedly making a left turn without using my turn signal and failing to signal while entering a parking spot by officer's P.R. Strazzante (#8496) and A. Vivanco (#17269). The above officer's asked me for my drivers license and registration (which later came back valid, no warrants nor violations), but then alleged that my right hand was shaking as it was reaching in my right pants pocket retrieving my license & registration. This motion/movement is the alleged probable cause that led officer Strazzante to tell me to put my hands back on the steering wheel. These officer's then opened my car door and pulled me out of my car. Officer Strazzante then alleged he searched me and recovered a handgun with scratched off serial numbers. I was then placed under arrest & charged with ① unlawful use of a weapon & ② defacement of serial numbers to that weapon (14CR1659701)

On 1-30-2015 in court Room #305, Judge Coghlan heard a motion

4

to quash arrest & suppress evidence, it was determined that due to me (1) allegedly failing to use my turning signal, (2) but having valid drivers license and registration and (3) the mere motioning of my hands shaking while retrieving my drivers license in my pants pocket while following the commands of these officers; that (4) this was not enough probable cause to pull me out of my car, search my body & subsequently recover an alleged handgun from me, thus violating my 4th Amendment of illegal search & seizure. Judge Coghlan, therefore dismissed the case and denied the prosecutions motion to reconsider/appeal. There was no further appeal by prosecution.

I spent nearly 5 months incarcerated fighting this charge (#14CR1659701) and forfitted my financial aid and college courses for Information and Technologies that I was currently enrolled in at the time of this offense. If officers would've only given me tickets & citations for these alleged traffic violations that my conduct only constituted, I would not have been illegally search & incarcerated for 5 months nor dropped out of college.

5

Reviewed: 8/2013

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Due to punitive damages I'm asking for $350,000. to $500,000 for violation, Deflamation of character, unlawful incarceration, False arrest, mental Anguish, and pain and suffering.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 14 day of April, 20 16

*Frederick Williams*
(Signature of plaintiff or plaintiffs)

Frederick Williams
(Print name)

20140903308
(I.D. Number)

2700 S. CALIFORNIA AVE
Chicago, IL 60608
(Address)